ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES #8225
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
E-Mail: gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 26 2019

at 11 o'clock and 37 min. A M
SUE BEITIA, CLERK Jr

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON JOHNSON,<br><br>Defendant. | MAG. NO. 19-00730 KSC<br><br>CRIMINAL COMPLAINT;<br>AFFIDAVIT<br><br>[21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(B)] |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

## Possession With Intent To Distribute Methamphetamine
## (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B))

On or about July 24, 2019, within the District of Hawaii, AARON JOHNSON, the defendant, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

I further state that I am a Special Agent with the Drug Enforcement

//
//
//
//
//
//
//
//
//
//

Administration and that this Complaint is based upon the facts set forth in the attached "Affidavit of Rory Fujimoto," which is incorporated herein by reference.

_____  7/26/19
RORY FUJIMOTO
Complainant

Subscribed to and sworn before me on
July 26, 2019, in Honolulu, Hawaii.

_____
KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE

United States v. Aaron Johnson
Complaint
Mag. No.

3

# AFFIDAVIT OF RORY FUJIMOTO
# IN SUPPORT OF CRIMINAL COMPLAINT

RORY FUJIMOTO, after being duly sworn, deposes and states as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice. I have been so employed in this capacity since graduating with my DEA Special Agent credentials in January of 2005.

2. In connection with my official DEA duties, I investigate criminal violations of federal narcotics laws, including but not limited to violations of Title 21, United States Code, Sections 841, 843, 846 and 848. I have also been involved in various types of electronic surveillance, and in the debriefing of defendants/arrestees, witnesses, informants and others who have knowledge of narcotics trafficking and of the laundering and concealing of drug trafficking proceeds. I have received specialized training in the enforcement of laws concerning the activities of narcotics traffickers, including four months of DEA basic agent training in Quantico, Virginia, as well as periodic refresher training offered by DEA. I am currently assigned to the DEA Honolulu District Office. My current assignment involves investigations of drug trafficking organizations within the Hawaii area and elsewhere.

3. I have knowledge of the information contained in this affidavit through my own investigative activities, review of investigative reports and other documents discovered during this investigation, and conversations with other law enforcement officers who have participated in this investigation.

4. This affidavit is in support of a Complaint for a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) (Possession with Intent to Distribute Methamphetamine). I have not included each and every fact I know about this investigation. Rather, I am setting forth only those facts that I believe are necessary to establish probable cause for the requested arrest.

5. The US Postal Inspection Service intercepted a suspicious parcel that was mailed out on or about July 15, 2019. Agents executed a search warrant on the parcel (hereinafter referred to as "Subject Parcel") addressed to "E.J., P.O Box 2307, Pahoa, 96778" (hereinafter referred to as "Subject PO Box"), and seized approximately 900 grams of methamphetamine (confirmed by field-test) and 1,370 grams of heroin (confirmed by field-test).

6. Over the course of its investigation, law enforcement determined that Aaron JOHNSON was utilizing the Subject PO Box to receive multi-pound quantities of crystal methamphetamine and heroin. The Subject PO Box was registered to an address on Pohoiki Road in Pahoa, Hawaii that was once associated with Aaron JOHNSON.

7. Sensitive investigative database resources indicated that Aaron JOHNSON resided at 15-2793 Kumu Street, Pahoa, Hawaii 96778 (hereinafter referred to as "Subject Address"). Based upon information received, law enforcement believed that Aaron JOHNSON intended to pick-up the Subject Parcel from the Subject PO Box, and take the Subject Parcel to the Subject Address to be opened.

8. Law enforcement prepared the Subject Parcel for controlled delivery, by among other things, installing a court-authorized beeper device and global positioning system (GPS) tracking device.

9. On July 24, 2019, law enforcement agents conducted a controlled delivery operation, and brought the Subject Parcel to the Subject PO Box.

10. Later in the afternoon, Aaron JOHNSON picked up the Subject Parcel from the Subject PO Box, and brought the Subject Parcel to the Subject Address.

11. Before the package was opened, occupants of the Subject Address identified law enforcement surveillance units around the Subject Address. Accordingly, law enforcement units converged upon the house at the Subject Address, and secured the house by ordering the occupants out of the house, as they obtained a search warrant.

12. Aaron JOHNSON was physically in a bedroom in the Subject Address house at the time. JOHNSON was removed from the bedroom and house and detained. Law enforcement agents read JOHNSON his *Miranda* rights and he agreed to waive his rights. JOHNSON acknowledged that the bedroom that he was found in was his.

13. A search warrant was promptly obtained and executed. Pursuant to the execution of the search warrant, drugs and drug paraphernalia were discovered and seized from the Subject Address. In JOHNSON's bedroom, law enforcement agents found approximately 40 gross grams of crystal methamphetamine and various drug paraphernalia. Based upon my training and experience, I understand that 40 gross grams of methamphetamine is a distributable amount, and is

inconsistent with personal use. The bedroom also contained an identification card and mail bearing Aaron JOHNSON's name.

14. The Subject Parcel was also found in the Subject Address house with the mailing labels cut out/off. Used parcels, similar to the size and shape of the Subject Parcel, were also sized from the Subject Address. These parcels also had their mailing labels cut off. Drugs, and various drug paraphernalia were also seized from other places in the Subject Address. Found in one of the used parcels, was packing material similar to the packing material used in the Subject Parcel.

**Conclusion**

Based on the foregoing, there is probable cause to believe that the above-named individual, Aaron JOHNSON, with others known and unknown, have unlawfully, knowingly and intentionally committed violations of federal law, namely Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B) (Possession with Intent to Distribute Methamphetamine).

I declare under penalty and perjury that the foregoing is true and correct to the best of my knowledge.

_____ 7/26/19
Rory Fujimoto
Special Agent,
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, in Honolulu, Hawaii on July 26, 2019.

_____
The Honorable Kevin S.C. Chang
United States Magistrate Judge

3